UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., <br><br>          Plaintiffs, <br><br>     -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br>          Defendants. | 19-cv-1704 (JSR) |
| ALASKA ELECTRICAL PENSION FUND, <br><br>          Plaintiff, <br><br>     -against- <br><br> BOFA SECURITIES, INC., et al., <br><br>          Defendants. | 19-cv-1796 (JSR) |
| DEERFIELD BEACH MUNICIPAL FIREFIGHTERS' PENSION TRUST FUND, <br><br>          Plaintiff, <br><br>     -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br>          Defendants. | 19-cv-1900 (JSR) |

```
┌─────────────────────────────────────┐
│ LINCOLNSHIRE POLICE PENSION         │
│ FUND,                               │
│                                     │     19-cv-2045 (JSR)
│         Plaintiff,                  │
│                                     │
│      -against-                      │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│         Defendants.                 │
└─────────────────────────────────────┘

┌─────────────────────────────────────┐
│ JOSEPH M. TORSELLA,                 │
│                                     │
│         Plaintiff,                  │     19-cv-2438 (JSR)
│                                     │
│      -against-                      │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│         Defendants.                 │
└─────────────────────────────────────┘

┌─────────────────────────────────────┐
│ INTERNATIONAL ASSOCIATION OF        │
│ HEAT AND FROST INSULATORS AND       │
│ ALLIED WORKERS LOCAL NO. 14         │     19-cv-2661 (JSR)
│ PENSION AND HEALTH AND WELFARE      │
│ FUNDS,                              │
│                                     │
│         Plaintiff,                  │
│                                     │
│      -against-                      │
│                                     │
│ BANK OF AMERICA, N.A., et al.,      │
│                                     │
│         Defendants.                 │
└─────────────────────────────────────┘
```

```
----------------------------------
DALLAS AREA RAPID TRANSIT       |
EMPLOYEES' DEFINED BENEFIT      |
RETIREMENT PLAN AND TRUST, et   |   19-cv-2715 (JSR)
al.,                            |
                                |
          Plaintiffs,           |
                                |
     -against-                  |
                                |
BANK OF AMERICA, N.A., et al.,  |
                                |
          Defendants.           |
----------------------------------

----------------------------------
UFCW LOCAL 1776 AND             |
PARTICIPATING EMPLOYERS         |
PENSION FUND,                   |   19-cv-2755 (JSR)
                                |
          Plaintiff,            |
                                |
     -against-                  |
                                |
BANK OF AMERICA, N.A., et al.,  |
                                |
          Defendants.           |
----------------------------------

----------------------------------
MAYOR AND CITY COUNCIL OF       |
BALTIMORE,                      |
                                |   19-cv-2900 (JSR)
          Plaintiff,            |
                                |
     -against-                  |
                                |
BANK OF AMERICA, N.A., et al.,  |
                                |
          Defendants.           |
----------------------------------

----------------------------------
                                |   19-cv-1704 (JSR)
IN RE GSE BONDS ANTITRUST       |
LITIGATION                      |   ORDER
                                |
                                |
----------------------------------
```

JED S. RAKOFF, U.S.D.J.

Pursuant to this Court's approval of the distribution of the net settlement fund, see ECF No. 451 on the consolidated docket 19-cv-1074, the Clerk of the Court is instructed to close the dockets in each of the above-captioned cases.

SO ORDERED.

Dated:   New York, NY

March 2, 2022

JED S. RAKOFF, U.S.D.J.